**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1606**

DIANA M. CAMPITELLI,

                                    Plaintiff - Appellant,

        versus

THOMAS  L.  OSBORNE;  MARJORIE  D.  NESBITT,
Administrator,  Human Resources; E. KENNEDY,
President, Kennedy Personnel Services; STEPHEN
KENNEDY; GISELE M. MATHEWS, Assistant Attorney
General, MDOT; ROGER D. FORD,

                                    Defendants - Appellees,

        and

PARRIS N. GLENDENING, Governor,

                                    Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, Chief District Judge. (CA-
00-2796-L)

Submitted:  December 19, 2002       Decided:  January 13, 2003

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Diana M. Campitelli, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, John Charles Bell, Gisele Marie Mathews, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Diana M. Campitelli appeals from the district court's order declining to issue a temporary restraining order.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order Campitelli seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976).  Accordingly, we deny Campitelli's motion to consolidate this appeal with Appeal No. 02-2325, deny her motion for emergency relief, deny leave to proceed in forma pauperis, and dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED